**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**ORIGINAL**

**CASE SUMMARY**

Case Number CR 07- **07 - 01048** _____ Defendant Number 3 _____  2007 SEP 26 PM 4: 42

U.S.A. v. Charles Leroy Twyman _____ Year of Birth 1959 _____

☑ Indictment    ☐ Information    Investigative agency (FBI, DEA, etc.) FBI

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES

BY _____

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".**

## OFFENSE/VENUE

a. Offense charged as a:    ☐ Petty Offense
   ☐ Misdemeanor    ☐ Minor Offense    ☑ Felony
b. Date of offense 1/28/06-2/5/06 _____
c. County in which first offense occurred
   Los Angeles _____
d. The crimes charged are alleged to have been committed in:
   CHECK ALL THAT APPLY

   ☑ Los Angeles        ☐ Ventura
   ☐ Orange             ☐ Santa Barbara
   ☐ Riverside          ☐ San Luis Obispo
   ☐ San Bernardino     ☐ Other _____

Citation of offense 21 U.S.C. 846, 21 U.S.C. 841(a)(1),
   (b)(1)(B) _____

## RELATED CASE

Has an indictment or information involving this defendant and
the same transaction or series of transactions been previously
filed and dismissed before trial?    ☑ No    ☐ Yes

IF YES   Case Number _____

Pursuant to Section 11 of General Order 224, criminal cases
may be related if a previously filed indictment or information
and the present case:
a. arise out of the same conspiracy, common scheme,
   transaction, series of transactions or events; or
b. involve one or more defendants in common, and would
   entail substantial duplication of labor in pretrial, trial or
   sentencing proceedings if heard by difference judges.
Related case(s), if any:  MUST MATCH NOTICE OF RELATED
CASE  N/A _____

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: N/A _____
   Case Number _____
   Charging _____

The complaint:    ☐ is still pending
   ☐ was dismissed on: _____

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
   ☐ Yes*    ☑ No

Will more than 12 days be required to present government's
evidence in the case-in-chief?
   ☐ Yes*    ☑ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX
CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE
ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

## Superseding Indictment/Information

This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:

Case Number _____

The superseded case:
☐ is still pending before Judge/Magistrate Judge

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
   ☐ Yes*              ☐ No

Will more than 12 days be required to present government's
evidence in the case-in-chief?
   ☐ Yes*              ☐ No

Was a Notice of Complex Case filed on the Indictment or
Information?
   ☐ Yes               ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX
CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE
ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required: ☐ Yes    ☑ No
IF YES, list language and/or dialect: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

**OTHER**

☑ Male        ☐ Female

☑ U.S. Citizen      ☐ Alien

Alias Name(s) _____

_____

This defendant is charged in:    ☐ All counts

☑ Only counts: 1 _____

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?     ☐ Yes    ☑ No

IF YES, should matter be sealed?   ☐ Yes    ☐ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud     ☐ public corruption
☐ government fraud             ☐ tax offenses
☐ environmental issues        ☐ mail/wire fraud
☑ narcotics offenses          ☐ immigration offenses
☐ violent crimes/firearms     ☐ corporate fraud
☐ Other: _____

_____

_____

_____

**CUSTODY STATUS**

Defendant is **not** in custody:

a. Date and time of arrest on complaint: _____

b. Posted bond at complaint level on: _____
   in the amount of $ _____

c. PSA supervision?     ☐ Yes        ☐ No

d. Is a Fugitive         ☐ Yes        ☐ No

e. Is on bail or release from another district:

   _____

f. ☐ Has not been arrested but will be notified by summons to appear.

g. Warrant requested.     ☑ Yes        ☐ No

Defendant is **in** custody:

a. Place of incarceration:    ☐ State     ☐ Federal

b. Name of Institution: _____

c. If Federal: U.S. Marshal's Registration Number:

   _____

d. ☐ Solely on this charge. Date and time of arrest:

   _____

e. On another conviction:   ☐ Yes       ☐ No
   IF YES ☐ State     ☐ Federal    ☐ Writ of Issue

f. Awaiting trial on other charges: ☐ Yes     ☐ No
   IF YES ☐ State     ☐ Federal    AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ____ 20 ____ 21 ____ 400

---

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

_____

_____

_____

_____

Date September 24, 2007 _____

_Signature of Assistant U.S. Attorney_

BONNIE L. HOBBS
_Print Name_

---