FILED

2008 NOV 19 PM 12: 13

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF<br>v.<br>CHARLES LEROY TWYMAN,<br>DEFENDANT(S). | CASE NUMBER<br>CR 07-1048-VBF<br><br>REPORT COMMENCING CRIMINAL ACTION |

TO:   CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest  11/19/08 at 7:30                              ☑ AM / ☐ PM
2. Charges under which defendant has been booked at Metropolitan Detention Center (MDC):
   Conspiracy to Possess with Intent to Distribute and Distribute Heroin [18 USC 846]
3. Offense charged is a:  ☑ Felony      ☐ Minor Offense      ☐ Petty Offense      ☐ Other Misdemeanor
4. U.S. Citizen:  ☑ Yes     ☐ No      ☐ Unknown
5. Year of Birth: _____1959_____
6. The defendant is:  ☑ Presently in custody on this charge.
   ☐ At liberty on bond posted before a Magistrate Judge.
   ☐ At liberty and warrant is requested.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
7. Place of detention (if out-of-district): _____
8. Date detainer placed on defendant: _____
9. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)
10. Name of Pretrial Services Officer:  Calvin Thomas, Lisa Ungaro, and Ninetta Smith
11. Remarks (if any): _____

12. Date: November 19, 2008           13. Signature: _[signature]_
14. Name: Eric Mayo                   15. Title: Special Agent, FBI

CR-64 (07/05)                REPORT COMMENCING CRIMINAL ACTION