**P-SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case Nos. | **CR 07-1048-VBF/CR 07-1049-VBF** <br> **CR 07-1142-VBF/CR 07-1143-VBF** <br> **CR 07-1163-VBF** | Dated: September 25, 2009 |

======================================================================

**PRESENT:   HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE**

| Rita Sanchez | None Present | John Lulejian |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |
| | | Not Present |

======================================================================

| U.S.A. vs (Dfts listed below) | Attorneys for Defendants |
|---|---|
| Charles Leroy Twyman | Gregory Nicolaysen |
| Not Present-Custody | Not Present - Appointed |

_____

**PROCEEDINGS (IN CHAMBERS):    COURT ORDER APPOINTING NEW COUNSEL**

On the Court's own motion, **IT IS HEREBY ORDERED** that Gregory Nicolaysen is relieved as defendant's counsel; **IT IS FURTHER ORDERED THAT** Fredricco McCurry, of the Federal Indigent Panel, is appointed as counsel for defendant under the Criminal Justice Act

**IT IS SO ORDERED.**

cc:    USPO
       PSALA