UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

| | |
|---|---|
| Case Nos.   **CR 07-1048-VBF/CR 07-1049-VBF**<br>**CR 07-1142-VBF/CR 07-1143-VBF**<br>**CR 07-1163-VBF** | Dated: September 25, 2009 |

================================================================

**PRESENT:   HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE**

| Rita Sanchez | Walter Ledge | John Lulejian |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |
| | | Present |

================================================================

| U.S.A. vs (Dfts listed below) | Attorneys for Defendants |
|---|---|
| Charles Leroy Twyman | Gregory Nicolaysen |
| Present-Custody | Present - Appointed |

_____

**PROCEEDINGS:   STATUS CONFERENCE**

   Case called and counsel make their appearance.

   Counsel for defendant moves to be relieved as counsel of record. For reasons states on the record, the Court relieves Gregory Nicolaysen as counsel of record as to all five cases. The Court directs the Courtroom Deputy Clerk to find new counsel from the CJA Panel Directory.

   The Pretrial Conference and Trial remain as set. If government and new counsel for defendant wish to have an earlier status conference, they are directed to call the Clerk.

   The Court ordered the reporter's notes sealed.

| | |
|---|---|
| MINUTES FORM 6 | Initials of Deputy Clerk  RS |
| CRIM -- GEN | :10 |