UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case Nos.   **CR 07-1048-VBF/CR 07-1049-VBF**               Dated: October 26, 2009
            **CR 07-1142-VBF/CR 07-1143-VBF**
            **CR 07-1163-VBF**

===============================================================================

**PRESENT:   HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE**

| Rita Sanchez | Rosalyn Adams | John Lulejian |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |
| | | Present |

===============================================================================

U.S.A. vs (Dfts listed below)                    Attorneys for Defendants

Charles Leroy Twyman                             Fredricco McCurry
Present-Custody                                  Present - Appointed

_____

**PROCEEDINGS :   PRETRIAL CONFERENCE**

   Case called and counsel make their appearance.  Pretrial Conference not held.

   Court and counsel discuss the Stipulation to Continue Trial Date [Dkt. # 155] lodged on October 19, 2009.  The Court GRANTS joint request to continue trial date from November 10, 2009 to March 21, 2010 at 8:30 a.m. and will sign the proposed order.

   The Court sets a Pretrial Conference for February 22, 2010 at 11:00 am.  The Court advises Defendant of his rights under the Speedy Trial Act and, as set forth in the record, he agrees to the continuance and waives his rights.  The Court finds that the ends of justice served by granting this continuance outweigh the Speedy Trial Rights of the Defendant and the public.

MINUTES FORM 6                                                   Initials of Deputy Clerk  RS
CRIM -- GEN                                                                              :10