ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
JOHN J. LULEJIAN (Cal. State Bar No.: 186783)
Assistant United States Attorney
Violent and Organized Crime Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-8603
    Facsimile: (213) 894-3713
    E-mail: John.Lulejian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR No. 07-1048-VBF |
|---|---|
| Plaintiff, | ) |
| v. | ) [proposed] ORDER DISMISSING INDICTMENT AS TO DEFENDANT CHARLES LEROY TWYMAN |
| JAMES LANZO TURNER IV, et al., | ) |
| Defendants. | ) |

    For good cause shown, IT IS HEREBY ORDERED THAT the indictment in the above-captioned case is hereby DISMISSED as to defendant CHARLES LEROY TWYMAN.

DATED: _____

                                      HONORABLE VALERIE BAKER FAIRBANK
                                      SENIOR UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*/s John J. Lulejian*
JOHN J. LULEJIAN
Assistant United States Attorney