JS-3

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
JOHN J. LULEJIAN (Cal. State Bar No.: 186783)
Assistant United States Attorney
Violent and Organized Crime Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-8603
     Facsimile: (213) 894-3713
     E-mail: John.Lulejian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR No. 07-1048-VBF |
|---|---|
| Plaintiff, | ) |
| v. | ) [proposed] ORDER DISMISSING INDICTMENT AS TO DEFENDANT CHARLES LEROY TWYMAN |
| JAMES LANZO TURNER IV, et al., | ) |
| Defendants. | ) |

For good cause shown, IT IS HEREBY ORDERED THAT the indictment in the above-captioned case is hereby DISMISSED as to defendant CHARLES LEROY TWYMAN.

DATED: 5-23-12

*Valerie Baker Fairbank*

HONORABLE VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*/s John J. Lulejian*
JOHN J. LULEJIAN
Assistant United States Attorney